NICHOLAS M. WAJDA
Nevada State Bar No: 11480
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Ste. 200
Henderson, NV 89052
Telephone: (702) 900-6339
Email Address: nick@wajdalawgroup.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANDY HOPKINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>　　　　Defendant. | Case No. 2:21-cv-00544-RFB-BNW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Mandy Hopkins, and Defendant, I.Q. Data International, Inc., through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Dated: July 21, 2021

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda, Esq.
Nevada State Bar No: 11480
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Ste. 200
Henderson, NV 89052
Telephone: (702) 900-6339
Email Address: nick@wajdalawgroup.com
*Counsel for Plaintiff*

Respectfully submitted,

*/s/ Wing Yan Wong* (with consent)
Wing Yan Wong, Esq.
Nevada Bar No. 13622
Robert S. Larsen, Esq.
Nevada Bar No. 7785
GORDON REES SCULLY
MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
wwong@grsm.com
rlarsen@grsm.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 21, 2021, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requesting electronic notification.

*s/ Nicholas M. Wajda*
Nicholas M. Wajda, Esq.

NICHOLAS M. WAJDA
Nevada State Bar No: 11480
Law Offices of Nicholas M. Wajda, Esq.
871 Coronado Center Drive, Ste. 200
Henderson, NV 89052
Telephone: (702) 900-6339
Email Address: nick@wajdalawgroup.com
*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MANDY HOPKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>I.Q. DATA INTERNATIONAL, INC.,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00544-RFB-BNW<br><br>**PROPOSED ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, Mandy Hopkins, and Defendant, I.Q. Data International, Inc., through counsel, having filed their Stipulation of Dismissal with Prejudice, and this Court having reviewed the same, hereby ORDERED:

　　1. The stipulation is approved. The case is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated:  July 21, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

1